Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FRANK O'HARE, for Compensation under the Workmen's Compensation Law, v. ABENDROTH & ROOT MFG. Co., Employer, and the UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MATILDA ERICKSON, Respondent, for Compensation under the Workmen's Compensation Law, v. MAX PREUSS, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Woodward, J., dissenting.

THE NIGHT COMMANDER LIGHTING COMPANY, Respondent, v. EDGAR D. WINSOR, Appellant.— Judgment unanimously affirmed, with costs.

MARGARET A. O'CONNOR, Respondent, v. JOHN J. HEALEY, as Executor, etc., Appellant.— Judgment and order reversed as not sustained by the evidence, and new trial granted, with costs to appellant to abide event; the other order is affirmed. All concurred. Cochrane, J., not sitting. The court disapproves of the finding of fact that the alleged contract was made, and that any services were rendered by the plaintiff which were not fully paid for.

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. EDWARD L. HEWSON, Defendant.— Motion granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE ARGUS COMPANY, Appellant, v. FRANCIS M. HUGO, Secretary of State, and Others, Composing the STATE PRINTING BOARD, and J. B. LYON COMPANY, Respondents.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SOUTHERN SURETY COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the opinion in *People* v. *Massachusetts Bonding & Insurance Co.* (182 App. Div. 122), decided herewith. All concurred.

JOEL J. PARKER, as Trustee in Bankruptcy of ROBERT L. OSBORNE, Bankrupt, Respondent, v. J. DOBSON WAGONER, Appellant.— Judgment unanimously affirmed, with costs, on the authority of *Skilton* v. *Codington* (185 N. Y. 80).

REMLIK BOAT CLUB OF BINGHAMTON, NEW YORK, Respondent, v. ERVIN D. BAKER, Appellant.— Judgment unanimously affirmed, with costs. Lyon, J., not sitting.

FRANK H. SNOW, as Administrator, etc., Respondent, v. BOSTON AND MAINE RAILROAD, Appellant.— Judgment and order unanimously affirmed, with costs. H. T. Kellogg, J., not sitting.

MARY SEAVER, Respondent, v. THE VILLAGE OF FORT EDWARD, Appellant.— Judgment and order unanimously affirmed, with costs.